

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2023

No. 04-22-00245-CV

Larry **CONN**, Laura Conn, and L-C Concrete, Inc. d/b/a Texas Concrete Construction Company,
Appellants

v.

Paul **BISHOP**, Individually And Derivatively On Behalf Of Medina Valley Materials, LLC,
Medina Valley Holdings, LLC, Medina Valley Land, LLC, Medina Valley Equipment, LLC,
And Medina Valley Concrete Construction, LLC, And Jacob Bishop, Individually And
Derivatively On Behalf Of Medina Valley Materials, LLC, Medina Valley Holdings, LLC,
Medina Valley Land, LLC, and Medina Valley Equipment, LLC,
Appellees

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI02401
Honorable David A. Canales, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
                Liza A. Rodriguez, Justice
                Lori I. Valenzuela, Justice

This accelerated appeal was set for submission on briefs on October 5, 2022.

On January 18, 2023, Appellants moved to abate this appeal pending settlement negotiations. Appellees filed a response opposing the motion. Appellants filed a reply.

Having considered the motion, the response, and the reply, we GRANT Appellant's motion. We WITHDRAW the October 5, 2022 submission date, and we ABATE this appeal.

We ORDER Appellants to file a motion to reinstate or a motion to dismiss this appeal within SIXTY DAYS of the date of this order.

It is so **ORDERED** on February 15, 2023.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT